Gurvinder **SINGH**, Petitioner,

v.

Eric H. **HOLDER, Jr.**, Attorney General, Respondent.

No. 08–73382.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 25, 2010.

Theodore Cox, Esquire, Law Offices of Theodore Cox, New York, NY, for Petitioner.

Samia Naseem, Oil, John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, Blair O'Connor, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Gurvinder Singh, a native and citizen of India, petitions for review for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the deni-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

al of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Singh's motion to reopen as time-barred because it was filed one year after the BIA's final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Singh did not demonstrate that equitable tolling was warranted, *see Iturribarria*, 321 F.3d at 897.

Singh's contention that the BIA abused its discretion by failing to consider his claim against Mr. Heera is not supported by the record.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.